IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 11, 2008

Charles R. Fulbruge III
Clerk

No. 07-10458

In The Matter Of:  FAYE MARIE WIGLEY; DONALD WIGLEY

Debtors

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FAYE MARIE WIGLEY

Appellant

v.

UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE

Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:06-CV-364
USDC No. 3:06-CV-368
USDC No. 3:06-CV-369

Before JOLLY, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

AFFIRMED.  See 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.